IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**ADDONES SPENCER**
Reg. #11060-027                                                                                              **PLAINTIFF**

v.                              Case No. 2:13-cv-00072-KGB/BD

**TARA HALL**                                                                                                      **DEFENDANT**

### ORDER

The Court has received the Recommended Disposition filed by Magistrate Judge Beth Deere (Dkt. No. 22). No objections have been filed, and the time for filing objections has passed. After careful review of the Recommended Disposition, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Defendant Tara Hall's motion for summary judgment is granted (Dkt. No. 14). Plaintiff Addones Spencer's claims against defendant Hall are dismissed without prejudice.

SO ORDERED this the 5th day of May, 2014.

_____
Kristine G. Baker
United States District Judge