IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ADDONES SPENCER
Reg. #11060-027                                                                                          PLAINTIFF

v.                       Case No. 2:13-cv-00072-KGB/BD

TARA HALL                                                                                                 DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice.

SO ADJUDGED this the 5th day of May, 2014.

_____
Kristine G. Baker
United States District Judge